Argued and submitted August 7, motion to dismiss appeal denied; judgment
vacated with instructions October 1, 1997

# KENNETH NORMAN, JR.,
*Appellant,*

*v.*

# Nicholas ARMENAKIS,
Superintendent,
Oregon State Correctional Institute;
Dianne Middle,
State Board of Parole and Post-Prison Supervision,
*Respondents.*

(96-C-12130; CA A94092)

945 P2d 660

Steven H. Gorham argued the cause and filed the brief for appellant.

Denise Fjordbeck, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

## PER CURIAM

Petitioner appeals the dismissal of his petition for a writ of habeas corpus in which he sought release from prison on the ground that, with proper credit for time served, he was entitled to release from custody. Defendant has moved to dismiss the appeal on the ground that it is moot because petitioner has been released from custody. We deny the motion because dismissal of the appeal on mootness grounds is not the appropriate disposition in this case. Instead, we vacate the judgment and remand the case to the trial court to enter a judgment dismissing the case as moot.

Motion to dismiss appeal denied. Judgment vacated with instructions to enter judgment dismissing petition for habeas corpus as moot.